# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**M.D. MODZELEWSKI, F.D. MITCHELL, J.P. LISIECKI**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**SEAN M. HENSLEY**
**QUARTERMASTER SEAMAN (E-3), U.S. NAVY**

**NMCCA 201300434**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 24 July 2013.
**Military Judge:** CDR Michael J. Luken, JAGC, USN.
**Convening Authority:** Commanding Officer, USS VELLA GULF (CG 72).
**For Appellant:** Maj Richard A. Viczorek, USMCR.
**For Appellee:** Mr. Brian K. Keller, Esq.

**31 January 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court